# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

Elton Vandermark,                         C a s e    N u m b e r :

         -v-

The Commissioner of Social                1:05cv788 (DEP)
Security

[X]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** the defendant's motion for judgment on the pleadings is granted and the Commissioner's determination in this matter be affirmed, and the plaintiff's Complaint is dismissed in all respects.

All of the above pursuant to an Order of the United States Magistrate Judge David E. Peebles, dated June 21, 2007.

Dated: June 22, 2007

Lawrence K. Baerman, Clerk

Clerk of Court

s/

Marie N. Marra, Deputy Clerk